# EXHIBIT A





# DEPOSIT AGREEMENT

**Effective January 1, 2016**
**Member FDIC**



## IMPORTANT INFORMATION ABOUT
## PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal Law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

What this means for you:  when you open an account, sunflower Bank will ask for your name, address, date of birth and other information that will allow us to identify you.  Sunflower Bank may also ask to see your driver's license or other identifying documents.

**All Times Central Unless Otherwise Noted**

**FORM 8001 – 01/2016**



## SUNFLOWER BANK, N. A.
## DEPOSIT AGREEMENT

## PART I. —GENERAL PROVISIONS

1. **Identifying Your Sunflower Bank.** Throughout this Agreement, SUNFLOWER BANK N.A. will be referred to as "the Bank" and YOU the person, partnership, corporation, association or other entity who maintains one or more deposit accounts at the Bank will be called "YOU" or "YOUR". This Agreement governs your relationship with the Bank.

2. **Legal Effect of Provisions in this Booklet.** If you open a deposit account with the Bank and sign a Signature Card, or if you continue to use your deposit account at the Bank after the effective date printed on the bottom right-hand corner of the cover page of this Agreement, you are agreeing to the terms of this Agreement. It is a legally binding Contract. Please note that the contract can only be modified as provided in this Agreement. In establishing an account with the Bank, you acknowledge and agree that our relationship is that of debtor and creditor and that the Bank is in no way acting as a fiduciary for you or for your benefit. Please READ and RETAIN this Agreement so that you can refer to it whenever you have a question about your account with the bank.

3. **Organization of Agreement.** Part I of this Agreement sets forth general terms applicable to all deposit accounts subject to this Agreement. The rules governing ownership of deposit accounts in different capacities are described in Part II of this Agreement. The general rules governing deposit accounts are set forth in detail in Part III. Special rules applicable to interest-bearing accounts are set forth in Part IV. The special rules and disclosures governing Electronic Fund Transfers are found in Part V. The very important rules and disclosure regarding Funds Availability and your ability to withdraw funds from your accounts are found in Part VI. Part VII advises you of prohibitions under the terms of the Unlawful Internet Gambling Enforcement Act of 2006 (UIGEA). Part VIII discusses the Positive Pay product that may be offered to the Bank's business customers. While the Bank generally follows the same rules and procedures with respect to all customers, Part V applies only to consumer accounts. A consumer is an individual who maintains an account for personal, family or household purposes. Accordingly, Part V does not apply to accounts held for business purposes. Part VII and Part VIII apply only to business accounts.

4. **Subject of Agreement—Classification of Accounts.** The classification of your account is based on the designation shown on the Signature Card.

5. **Subject of the Agreement—Deposit Products.** The Bank offers a great variety of financial services to meet your needs. It provides many different types of deposit accounts. Except for the special accounts listed below, this Agreement covers all types of deposit accounts offered by the Bank, now

2

or in the future, including demand deposit accounts, money market deposit accounts, and savings accounts. However, because some deposit accounts involve special rules, they are not covered by this Agreement; these accounts include IRA Accounts, KEOGH Plans, Sweep Accounts and Certificates of Deposit. This Agreement also does not cover non-deposit products such as loans, safe deposit boxes, trust services, and credit cards. Further information is available on any of these special financial services at the Bank.

6. **Effect of State and Federal Laws and Regulations.** The deposit relationship between you and the Bank is governed primarily by this Agreement, but it is also governed by the laws of the United States; the rules and regulations of the Board of Governors of the Federal Reserve System and various Federal Reserve Banks; the rules and regulations of other proper bank supervisory authorities; and the laws of the states where Sunflower Bank has a branch location. If any terms of this Agreement come into conflict with applicable laws, those terms will be nullified to the extent that they are inconsistent with the law, and the applicable law will govern. If any provision of this Agreement is declared to be invalid, unenforceable or illegal, that part will not affect the validity of the other provisions.

7. **Customer's Waiver of Notice.** By signing the Signature Card or continuing to use your account after the effective date printed on the bottom right-hand corner of the cover page of this Agreement, you waive any notice of nonpayment, dishonor, or protest regarding any items credited to or charged against your accounts. For example, if a check, which you deposited, is dishonored and returned to the Bank, the Bank is not required to notify you of the dishonor.

8. **Waiver of Rights by the Bank.** The Bank reserves the right to waive the enforcement of any of the terms of this Agreement with you with respect to any transaction or series of transactions. Any such waiver will not affect the Bank's right to enforce any of its rights with respect to any other customer or to enforce any of its rights with respect to later transactions with you and is not sufficient to modify the terms and conditions of this Agreement.

9. **Modification of Agreement by the Bank.** The Bank reserves the right to modify the terms of this Agreement at any time and from time to time at the Bank's discretion. Unless otherwise required by law, the Bank may modify this Agreement by mailing or electronically delivering to you, in your statement, to your mailing address or to your email address (if you have consented to receive notices regarding your account electronically) as shown on the Bank's records, a written notice of the modification. Any such modification will be effective on the date specified in the notice, but that date will be no less than 10 days following the date of mailing or electronic delivery unless you specifically consent to an earlier date or a greater period of notice is required by law. The Bank may modify the type and amount of service fees that apply

3

to your account under the same circumstances. Part IV, Paragraph 1 of this Agreement, governs changes in the interest rates on interest-bearing accounts. NO AGREEMENT WITH, OR REPRESENTATION BY, ANY EMPLOYEE OF THIS BANK THAT IS IN CONFLICT WITH OR IN ANY WAY MODIFIES ANY OF THE TERMS SET FORTH IN THIS AGREEMENT WILL BE BINDING ON THE BANK UNLESS IT IS COMPLETELY CONTAINED IN A WRITTEN MODIFICATION OF THIS AGREEMENT THAT IS SIGNED BY AN AUTHORIZED OFFICER OF THE BANK.

10. **Termination of Contract.** This Agreement between you and the Bank, as it relates to the accounts offered by the Bank, can be terminated by either you or the Bank at any time by a notice in writing. Such a termination will not release you from any fees or other obligations incurred before the termination, those you incur in the process of closing out your account, or for your liability on outstanding items. You agree that notice of termination of this Agreement by the Bank will be reasonable if it is mailed to your mailing address or electronically delivered to your email address (if you have consented to receive notices regarding your account electronically) as shown on the Bank's records at least 10 days prior to the date of the termination. You also agree that the Bank may close your account without giving you prior notice if your account has been overdrawn for a period of 10 consecutive days or if the Bank has reason to believe that you are using your account to facilitate a fraud or other crime.

11. **Notices.** All notices, questions and other communication concerning your account should be directed to Sunflower Bank, Customer Service, P.O. Box 800, Salina, Kansas 67402-0800 or call us at 1-(888) 827-5564. Any written notice you give to the bank is effective when it is actually received by the Bank. Any written notice the Bank gives to you is effective when it is deposited in the United States Mail, postage prepaid, and addressed to you at your mailing address or electronically delivered to your email address (if you have consented to receive notices regarding your account electronically) as shown on the Bank's records. Notice to any one owner of the account is notice to all owners of that account.

12. **Trade Names and FDIC Coverage.** The Bank may conduct its business under various trade names. Deposits maintained at any branch operating under any of those trade names are considered deposits of the Bank for purpose of calculating FDIC coverage.

## PART II. — OWNERSHIP OF ACCOUNTS

1. **Signature Card Designation.** The classification of your account and the form of ownership for your account are designated on the Signature Card you sign when you open the account. You agree that the Bank may rely on the designation of your account and the designation of the form of ownership for your account as shown on the Signature Card for all purposes. The following provisions describe the rules applicable to the various classification and forms of owner-

4




ship available. Only the provisions relating to the classification and form of ownership designated on the Signature Card apply to your account.

2. **Individual Accounts.** By opening an account that is designated as an individual account on the Signature Card, you are considered by the Bank as the sole owner of the account and the only person authorized to use the account.

3. **Joint Accounts.** A consumer account opened by two or more persons is treated as a "joint account," and the persons opening such an account will be treated by the Bank as tenants in common unless the words "joint tenants with right of survivorship" or "husband and wife as a tenancy by the entirety" appear on that account. Some of the other special rules, which govern joint accounts, are described in Part III, Paragraph 18 of this Agreement.

4. **Agency and Fiduciary Accounts.** Any individual acting as an agent, guardian, personal representative, trustee, custodian or in some other fiduciary capacity (collectively, a "fiduciary") must be designated to the Bank as such on the Signature Card. It will otherwise be assumed that you own the account in an individual capacity. The Bank is authorized to follow the directions of your fiduciary regarding your account until it receives written notice that the fiduciary relationship has been terminated and it has had a reasonable time to act upon the notice. The Bank is not liable for the misapplication of funds from your account by your fiduciary. Unless the Bank has previously been provided with a complete copy of the agency agreement, trust agreement, court order or other document under which the account is opened, the Bank is authorized to follow the instructions of your fiduciary without determining if those instructions are contrary to or prohibited by such document.

5. **Accounts under Uniform Transfer to Minors Act.** If you are the custodian of a Custodial Account under the Uniform Transfers to Minors Act of a state where Sunflower Bank has a branch location, you will abide by the relevant law and notify the Bank in writing immediately upon the death of the minor or at the time the minor attains the age of maturity. After notifying the Bank of either of these events, your authority over the account continues only to the extent allowed by law. Before it receives such notice, the Bank may honor any checks or drafts written on the account without incurring any liability to the minor or to any third party, and you will be liable to the Bank for any loss or expense, including without limitation attorney's fees and the cost of litigation, arbitration or other dispute resolution to the extent permitted by law, which the Bank incurs because of your failure to give prompt notice.

6. **Payable-on-Death Accounts.** By establishing an account with a payable-on-death or similar designation, you are creating a payable-on-death account (or the equivalent type of account) under the laws of the states where Sunflower Bank



5





has a branch location. The establishment of such an account requires the completion of a separate contract. That contract sets forth the special terms and conditions applicable to such accounts. The Bank makes no representations as to whether the use of the payable-on-death or similar designation is appropriate for the person(s) establishing such an account. Any such designation should be made only after consulting with an attorney or other estate-planning professional. The Bank is entitled to pay funds in an account with a payable-on-death or similar designation to the persons designated as beneficiaries and shall not be liable to the person(s) establishing the account, their heirs, representatives or assigns or to any other person by reason of any such payment or for any other erroneous payment unless made by the Bank after it has obtained actual knowledge that the person to whom the payment is to be made is not one of the designated beneficiaries.

7. **Less Common Types of Ownership.** The Bank may establish deposit accounts with other types of ownership so long as it is legally and ethically possible to do so. If you have questions regarding special ownership arrangements, please inquire at the Bank's offices.

8. **Authorized Signers.** The persons who ordinarily have authority to conduct transactions with respect to your account are identified in the paragraph for that type of account in Part II of this Agreement. In addition, you may give one or more other persons the authority to write checks, withdraw funds and otherwise conduct transactions with respect to your account by designating those persons as authorized signers on the Signature Card or on a separate written authorization form that is acceptable to the Bank. You agree to be liable for all transactions conducted in your account by an authorized signer. You also agree that the Bank is not required to monitor transactions conducted by any authorized signer and that the Bank will not be liable for the misapplication of any funds from your account by any authorized signer. While authorized signers may conduct transactions with respect to your account, they do not have any ownership interest in your account.

## PART III — GENERAL RULES GOVERNING DEPOSIT ACCOUNTS

1. **Deposit of Items.** You may make deposits in person, by mail or by any other method the Bank makes available, such as its automated teller machines. You are encouraged to use your personalized deposit slips in order to help the Bank credit deposits to your account as soon as possible and to minimize errors. If you do not use your personalized deposit slips, you agree that the Bank will not be liable to you for any errors resulting from your use of a counter deposit slip, whether completed by you or a Bank employee. The Bank is not responsible for deposits made by mail, night depository or other outside depository until the Bank actually records the receipt of those deposits in its books and records. The Bank reserves the right to limit, refuse or return any deposit. If you fail to endorse an item, which you submit for deposit, the

6






Bank has the right, but is not obligated, to supply the missing endorsement. The Bank may require that certain government checks, insurance company items or other special types of checks be personally endorsed by each of the payees. You agree to reimburse the Bank for any loss or expense, including without limitation attorneys' fees and the costs of litigation or other dispute resolution to the extent provided by law, which the Bank incurs because you fail to endorse an item exactly as it is drawn. If the Bank receives an item on a weekend, holiday or after the Bank's cutoff hour on a business day, the item is deemed to have been received on the Bank's next business day. The Bank's business days and cutoff hour are posted at the Bank's offices and are subject to change from time to time at the Bank's discretion. Except to the extent additional notice is required by law, any change in the Bank's business days or cutoff hour becomes effective on the day the new business days or cutoff hour are posted at the Bank's offices.

2. **Deposit of Substitute Checks.** You agree that you will not deposit without our prior written consent, "substitute checks" as defined by federal law or Image Replacement Documents that purport to be substitute checks and have not been previously endorsed by a bank. If you deposit such an item, you agree to reimburse us for losses, costs, and expenses we may incur associated with warranty or indemnity claims. If you provide us with an electronic representation of a substitute check for deposit into your account instead of an original check, you agree to reimburse us for losses, costs, and expenses we incur because the substitute check resulting from the electronic representation does not meet applicable substitute check standards and/or causes duplicate payments.

3. **Collection of Items.** In receiving items for deposit or collection, the Bank acts as your collection agent and assumes no responsibility beyond the exercise of due care. Special instructions for handling an item are effective only if made in a signed writing and given to the Bank along with the items in question. The Bank will not be liable for default or negligence of its correspondents or for loss in transit, and each correspondent will not be liable except for its own negligence. Items and their proceeds may be handled in accordance with applicable Federal Reserve Bank regulations, Clearing House Association or Funds Transfer System rules, and contractual arrangement with other financial institutions. All deposited items (including those items drawn on another account at the Bank) are provisionally credited to your account subject to final payment and receipt of proceeds by the Bank. If you deposit foreign currency or items that are denominated in a foreign currency into your account, the final credit to your account will be based on the exchange rate in effect at the time the Bank receives full payment for that item in United States currency. Without prior notice to you, the Bank may charge back any item to your account at any time before final payment, whether returned or not, and may also charge back any item to your account if, within the normal handling period for such item,

7



the items cannot be honored against your drawer's account. If, after a check or other items deposited to your account is finally paid, someone else makes a claim that it was altered, forged, unauthorized or should not have been paid for some other reason, the Bank may withhold the amount of such item from your account until a final determination has been made as to that claim. The Bank is authorized to pursue collection of previously dishonored items, and in so doing it may permit the payor bank to hold an item beyond the midnight deadline.

4. **Return of Direct Deposits.** If the Bank is required to reimburse the Federal Government for all or any portion of any benefit payments deposited into your account through a direct deposit plan for any reason, you agree that the Bank may, without prior notice to you, deduct the amount returned to the Federal Government from your account or from any other account you have with the Bank, unless the deduction is prohibited by law. This right is in addition to any other rights the Bank has under this Agreement, including its right of setoff and its security interest in your account.

5. **Authorized Signature.** Your signature on the Signature Card is your authorized signature. For the payment of funds and for other purposes relating to any account you have with the Bank, the Bank is authorized to recognize your signature, but it will not be liable to you for refusing to honor your checks or other signed instructions if it believes in good faith that the signature appearing on such checks or instructions is not genuine. Additionally, you may authorize the use of a facsimile signature or endorsement device by designation on the Signature Card or in a separate resolution. If you have so authorized the use of a facsimile signature or endorsement device or have otherwise used such a device, the Bank may honor or accept for deposit any check or other signed instruction which bears or appears to bear your facsimile signature or endorsement even if it was made by an unauthorized person or with a counterfeit facsimile device. Therefore, you should maintain close control over your facsimile signature or endorsement device and promptly review your statements and check images for unauthorized use of the device. If you voluntarily give information about your account (such as the Bank's routing number and/or your account number) to a party who is seeking to sell you goods or services, and you do not physically deliver a check to that party, any item presented against your account by the party to whom you gave the information is deemed to have been authorized by you. When an account is established, you may indicate your desire for more than one authorized signature on a check or other item drawn against the account by designating a specific number of desired signatures on the Signature Card or in a separate resolution. However, any such designation is solely for your convenience and internal control purposes. In the absence of a specific written agreement to the contrary, the Bank is not required to determine if any check or other item drawn against your account contains the number of desired signatures indicated by any such designation.

8




6.  **Checks and Other Withdrawals.** The Bank may require that any check or other item drawn on your account or used to withdraw funds from your account be on forms approved by the Bank. If you use forms that have not been approved, the Bank reserves the right to reject the item, impose a special fee for each such item, or both. The Bank also reserves the right to refuse or impose a special fee for any withdrawal or transfer request which is attempted by any manner not specifically authorized for the account in question, which is greater in frequency or number than that specifically permitted for the account in question, or which is for an amount less than any minimum withdrawal or transfer denomination required for the account in question. Withdrawals are generally made first from finally collected funds and unless prohibited by law or by the Bank's written funds availability policy, the Bank reserves the right to refuse to pay any check or other item drawn against uncollected funds, impose a special fee for each such item, or both. **We reserve the right to pay the withdrawals you make from your account in any order we determine, regardless of the method you use to make the withdrawal. This includes withdrawals made at the ATM or by computer, POS purchases, checks, pre-authorized payments or by any other means we make available to you. The order in which you make withdrawls from your account may not be the same as the order in which we post those transactions to your account each business day. For example, a POS purchase you make on Friday at 7:00 p.m. may be posted after the ATM Withdrawal you make on Saturday morning at 9:00 a.m. and the check you write to pay for a purchase you make may not be presented to us for payment by the merchant until several days later or in some cases checks you write may be presented and posted the day the check is written.**

**We have sorted all withdrawal transactions that may be posted to your account into several groups. We then generally post all electronic withdrawals within each group in the order they were received, which means that to the best of our ability we strive to post items in the order that they are received. Checks will post in serial (check) number order when a serial number is provided, which means those checks with no serial number will post prior to checks with a serial number. We pay transactions in each group in the order in which they are posted, provided you have sufficient available funds. This means that you may incur more overdraft fees than if we used a different posting order. We currently pay items in the following order ATM withdrawals, POS purchase, electronic payments, then written checks. We reserve the right to group withdrawal transactions in any manner we determine and to pay each group of transactions in any order we determine.**

We may refuse a withdrawal request if the amount of the withdrawal would exceed the amount of funds available for withdrawal in your account even if there are other funds in

9

the account not yet available for withdrawal. We may also refuse a withdrawal if (a) we have received a court order or other legal document that restrains either us or one or more of the owners of the account from removing funds from the account; (b) the withdrawal is not permitted by law; (c) there is a dispute concerning the account; (d) any owner of an account owes us money that is due and payable; (e) any owner has pledged the account to us as security for a loan or has asked us not to permit any withdrawals to be made; or (f) our equipment is malfunctioning.

We may refuse a request to cash a large dollar check or to make a large cash withdrawal if we reasonably believe that complying with such a request presents burdensome cash processing or security issues for us. We may require that you employ an armed security guard or an armored car carrier in order for us to complete your request, and you agree you will do so at your expense. We are not responsible for ensuring your safety should you receive a significant amount of cash at your request.

We reserve the right to require such documents, authorizations or identifications as we may reasonably deem necessary or appropriate in ascertaining whether the person requesting the withdrawal is permitted to do so.

You may not make more than a maximum of six transfers and withdrawals from your savings or money market savings account to another account of yours or to a third party such as a merchant by means of preauthorized or automatic transfer, by telephone, computer or check or by POS purchase during a service fee period. Each monthly service fee period begins on the day after services fees, if any, are calculated and posted to your account and ends on the day your service fees are next calculated and posted. Typically, the service fee period coincides with your statement period, unless you are receiving statements quarterly or do not receive statements on your account. Examples of transactions subject to these limits include checks made payable to others, purchases made at a POS terminal using your Debit Card or ATM Card, preauthorized electronic payments, bill payments using Online Banking or wire transfers and transfers requested by telephone or for overdraft protections, If you repeatedly exceed these limits, we may close your account or convert it to another type of account.

7. **Faulty check stock.** Checks you write may be converted into electronic images (truncated) during the check collection and return process. If you elect to have your checks printed by a vendor that has not been approved by us, or you use check stock or features (e.g., security features) that cause critical data to disappear or be obscured upon truncation, or you use check stock without security features, or you make your check out in a way (e.g., using a lightly colored ink) that causes critical data to disappear upon truncation, you agree to bear the risk of loss. You also agree to bear the risk of loss if you use check stock that contains printing inaccura-

10




cies, faulty magnetic ink, faulty encoding, or duplicate serial numbers.

8. **Conversion of your checks to ACH entries.** Some checks that you give to a merchant may be converted by the merchant into what are called ACH debit entries, in which case they will be collected electronically and charged against your account much more quickly than a paper check. This means (1) you will have a reduced right to stop payment, (2) you need to make sure that your account has sufficient collected funds to cover the debit, and (3) you will not receive any copy of a cancelled check with your monthly statement. If a merchant uses a blank check to initiate an ACH debit entry at the point of sale, the merchant should return the voided check to you. You should treat the voided check with care because someone else who obtains possession of it could use the information to initiate additional debits against your account. A merchant who receives your check by mail should give you notice of the conversion, but will destroy the original check. Whether your check is converted to an ACH debit at the point of sale or at the merchant's lockbox, a description of the transaction will appear on your monthly statement from us.

9. **Telephone Transfers.** If you have entered into a separate written telephone transfer agreement with the Bank, transfers of funds from one of your accounts to another of your accounts at the Bank may be made by telephonic instructions given by the same persons and under the same conditions generally applicable to written withdrawal requests. The Bank reserves the right to record and/or monitor any telephone calls with you for security and service quality reasons.

10. **OVERDRAFTS AND UNAVAILABLE FUNDS. If you write a check or other payment order or otherwise request a withdrawal from your account, such as by setting up electronic payments, using an ATM or making a purchase using a Debit Card or ATM Card, for more money that you have available for withdrawal, we may either permit you to withdraw the funds by complying with the payment order or we may refuse to honor the payment order. This is true even if you have opted into Sunflower Bank's Overdraft Protection, which authorizes us to pay ATM withdrawals or transfers and one-time POS purchases and assess the applicable overdraft fees.**

**If the payment order is an ATM withdrawal or transfer or a one-time POS purchase, you may incur a fee for each payment order that is presented against your account when you do not have sufficient available funds; if you have opted into Sunflower Bank's Overdraft Protection; and we pay one of these payment orders. If you are not enrolled in Sunflower Bank's Overdraft Protection, we will generally decline these transactions when you do not have sufficient available funds, but in the event any such payment order is paid, no insufficient or unavailable overdraft fee will be assessed.**




**For all other payment orders, you may incur a fee for each payment order that is presented against your account when you do not have sufficient available funds regardless of whether the payment order is paid or returned. You can avoid overdrafts by making sure you have sufficient available funds in your account to pay all your payment orders. Because there is a delay in the availability of checks you deposit to your account, you should be familiar with our Funds Availability Policy in part VI of this Agreement.**

We will not be liable to you if we choose to honor a payment order that is presented against insufficient available funds. If we honor your payment order, such as by permitting you to withdraw cash from an ATM or paying a check, you agree to pay us the amount of any overdraft fees we assess immediately. If you fail to pay an overdraft that has occurred on your account, we may report this information to a consumer reporting agency. If we take any legal action to collect any amount that you owe us, such as filing a lawsuit, you will pay our reasonable expenses, including attorney's fees.

If your checking account is a joint account, each owner is responsible for any overdraft created regardless of whose payment order caused the overdraft. We may enforce our rights to be reimbursed for any overdraft against one, some or all owners of a joint account, but will not required to do so.

11. **Avoiding Overdrafts.** The best way to avoid overdrafts is to make sure you always know the available balance in your account before you make a transaction, such as withdrawing cash at an ATM or making a purchase using you Debit Card. The best way to do this is to maintain a check register in which you enter every transaction you make, which you then deduct from the running balance in your check register. That gives you a true picture of how much you have to use. We provide monthly statements that show your balance as of the end of the statement period. You should promptly review your statement and use it to balance your check register. We also have a number of no-fee tools, such as Online Banking and Telephone Banking, you can use to make sure you know your balance. Plus, you can always check your balance at any Sunflower Bank ATM free of charge. You must always remember to subtract from the available balance we provide to you any outstanding transactions, such as checks or Debit Card purchases, you may have made that have not yet posted to your account. To obtain a free check register, you may visit any Sunflower Bank branch. Our team members would be happy to demonstrate how to use a check register.

You can also avoid overdrafts by linking other accounts to your checking account for overdraft protection. You may open and link to a second deposit account, such as a savings account, to your checking account for overdraft protection. You can also link Ready Cash Reserve to your checking account, as well. Once we link your accounts, we will automatically move funds from your linked account to

12

your checking account to pay all the payment orders that are presented. You must have, of course, enough money in your linked deposit account or available credit in your Ready Cash Reserve to cover the amount of your overdraft in your checking account in order for the transfer to be made. Because Ready Cash Reserve is a credit account, you need to apply and be approved for this account.

12. **Stop Payment Orders.** You have the right to stop payment on any check drawn on your account that has not been paid or certified by the Bank. The Bank will send you a written confirmation of each stop order that it receives from you and each stop order will be effective for the period stated in the Bank's confirmation. Renewals must be in writing and may be made from time to time. In order to place a stop payment order, you must inform the Bank of (a) the name of the payee of the check, (b) the date and exact amount of the check, (c) the number of the check and (d) the number of the account on which the check was drawn. The Bank will not be responsible if the information you give is not correct or if you fail to give any other reasonable information regarding the check and stop payment cannot be completed. The Bank is entitled to a reasonable period of time after you give a stop order to notify its employees. Moreover, the Bank is not obligated to re-credit your account if it pays a check over a valid and timely stop order, unless you are able to demonstrate that you would not have otherwise been obligated to pay the check. In that regard, you should be aware that a stop order does not impact your obligation on a check that has been negotiated to a holder in due course. If the Bank re-credits your account after paying a check over a valid and timely stop order, you agree to transfer to the Bank all of your rights against the payee or other holder of the check and to assist the Bank in any legal action it may later take against that person. If the Bank complies with a stop order with respect to a check or other item drawn against your account, you agree to defend and hold the Bank harmless from and against any claims, demands, suits or other disputes resulting from or relating in any way to that stop order and to indemnify the Bank for the amount of any such claims, demands, suits or other disputes and any related costs and expenses, including attorneys fees and the costs of litigation, to the extent permitted by law. Stop payment orders generally are not permitted on cashier's checks, official checks, certified checks or bank money orders.

13. **Stale, Time-Dated and Post-Dated Items.** The Bank maintains the option either to pay or dishonor any stale check (i.e. more than 6 months old) upon presentation to the Bank. The Bank's high-speed automated check processing equipment cannot detect time-dated checks (i.e., checks stating that they are not valid after a specified date or for more than a specified period of time). Therefore, you agree that the Bank will not be liable for charging your account after the date or beyond the period stated on an otherwise properly payable time-dated check. Similarly, the Bank's check processing equipment cannot detect post-dated checks (i.e., a check bearing a date later than the actual calendar date it was written). The Bank

13

is not responsible for charging your account before the indicated date on a properly payable but post-dated check unless you notify it in writing that you have issued a post-dated check. An oral notice concerning a postdated check lapses after 14 calendar days unless it is confirmed in writing within that period; a written notice concerning a post-dated check is effective for 6 months. Renewals must be in writing and may be made from time to time. A written notice concerning a post-dated check, renewal or revocation will be valid upon delivery to the Bank. Your notice must inform the Bank of (a) the name of the payee of the check, (b) the date and exact amount of the check, (c) the number of the check and (d) the number of the account on which the check was drawn. The Bank will not be responsible if the information you give is not correct or if you fail to give any other reasonable information regarding the item and it is paid prior to the indicated date. The Bank is entitled to a reasonable period of time after you give it notice concerning a post-dated check to notify its employees. If the Bank re-credits your account after paying a post-dated check over a valid and timely notice, you agree to transfer to the Bank all of your rights against the payee or other holder of the check and to assist the Bank in any legal action it may later take against that person. If the Bank complies with a notice with respect to a post-dated check or other items drawn against your account, you agree to defend and hold the Bank harmless from and against any claims, demands, suits or other disputes resulting from or relating in any way to that notice and to indemnify the Bank for the amount of any such claims, demands, suits or other disputes and any related costs and expenses, including attorney's fees and the costs of litigation, to the extent permitted by law.

14. **Responsibility for the Back of Checks.** You agree that the Bank will not be liable to you because an item you deposit in your account is returned after the time set by applicable law, if the delay in returning the item is caused by markings on the item in the space reserved for the depository bank's endorsement that were made by you or a prior endorser. Similarly, you will be liable to the Bank for any loss or expense, including without limitation attorneys' fees and the costs of litigation, arbitration or other dispute resolution, to the extent permitted by law, that the Bank incurs because it is unable to properly return an item drawn on your account within the time set by applicable law where the delay in properly returning the item is caused by markings on the item in the space reserved for the depository bank's endorsement that existed at the time you issued the item.

15. **Automated Processing of Items.** You recognize that the Bank has adopted automated collection and payment procedures so that it can process the greatest volume of items at the lowest possible cost to all customers. These automated procedures are based on the use of high-speed automated check-processing equipment that relies primarily on information encoded onto each item in magnetic ink or through virtual encoding. In recognition of this fact, you agree that in paying or taking an item for collection, the Bank may disre-

14




gard all information on the item other than information that is encoded onto the item in magnetic ink or through virtual encoding according to general banking standards, whether or not that information is consistent with other information on the item. By way of example, you agree that the Bank may rely on the amount of a check as encoded in magnetic ink or through virtual encoding, even if the magnetically or virtually encoded amount is more than the face amount of the check or exceeds the maximum amount for which the check is valid as stated in a legend on the check. You agree to reimburse the Bank for any loss or expense, including without limitation attorneys' fees and the costs of litigation, to the extent permitted by law, which the Bank incurs because you issue or deposit an item containing such extra information. Furthermore, you agree that the Bank does not fail to exercise ordinary care in paying an item solely because its procedures do not provide for the sight examination or verification of the signature of the drawer or of any endorser on items with a face amount below an amount specified by the Bank from time to time.

**16. Reviewing Statements and Reporting Problems.** You understand and agree that the Bank may provide a document containing multiple check images with your bank statement. You have the option of having statements for your account retained at the Bank until you request them or have them mailed to you. You also have the option of having statements delivered to you electronically if you consent to receive your statements and check images in that manner. If you have elected to have your statements mailed to you, they will be mailed to your address as shown on the Bank's records. If you elect to have your statements electronically delivered to you, you will be notified of that delivery by an email message sent to your email address as shown on the Bank's records. You are in the best position to discover a forged, unauthorized or missing signature or endorsement, a material alteration, a missing or diverted deposit or any other error or discrepancy relating to a check, deposit or other credit or debit entry to your account. Therefore, you should carefully examine your statements and check images when you receive them. If you feel that some unauthorized person has withdrawn funds from your account, that one or more deposits is not reflected on your statements, or that there is any other type of error or discrepancy in your statements, you should notify the Bank immediately. If you do not discover and report a forged, unauthorized or missing signature or an alteration promptly after the Bank has sent or otherwise made your statements and check images available to you, you agree not to assert against the Bank (a) any forged, unauthorized or missing signature or alteration, if the Bank suffered a loss because of your failure to discover and report the problem, and (b) any forged, unauthorized or missing signature or alteration by the same wrongdoer on items paid by the Bank after you have had a reasonable period of time (not to exceed 30 days) to examine the statement containing or reflecting the first forged, unauthorized or missing signature or alteration but before the Bank receives notice of the problem from you.

15

If the previous sentence applies, but you are able to prove that the Bank failed to exercise ordinary care in paying the item in question and that the Bank's failure substantially contributed to the loss, then (unless the next paragraph applies) the loss will be allocated between you and the Bank based on the extent to which our respective failures to exercise ordinary care contributed to the loss. In that regard, and as disclosed elsewhere in this Agreement, the Bank processes checks and other items by automated means and does not visually examine or verify signatures on all checks or other items. You agree that the Bank does not fail to exercise ordinary care because it uses these automated procedures. You also agree that the Bank does not fail to exercise ordinary care if the items are forged or altered so cleverly (as by unauthorized use of a facsimile machine, photocopy machine, computer equipment or otherwise) that a reasonable person would not detect the forgery or alteration. If you have not discovered and reported a forged, unauthorized or missing signature or endorsement, a material alteration, a missing or diverted deposit or any other error or discrepancy relating to a check, deposit or other credit or debit entry to your account within 60 days of the date on which the first statement containing or reflecting (or that should have been contained or reflected) those items was mailed to you or otherwise made available to you, you agree not to assert that problem against the Bank. This 60-day limitation takes priority over the provisions in the previous paragraph and applies regardless of whether or not you or the Bank exercised ordinary care with respect to the item in question (or its payment), the examination of the statement on which it was reflected (or should have been reflected) or otherwise. IF YOU FAIL TO DISCOVER AND REPORT THESE OR ANY OTHER ERRORS OR DISCREPANCIES WITHIN THE 60-DAY PERIOD, YOU LOSE ANY AND ALL RIGHTS YOU MAY HAVE TO ASSERT THE ERROR OR DISCREPANCY AGAINST THE BANK. If you have elected to have your statements retained at the Bank until you request them, each statement will be deemed to have been made available to you for the purposes of this Agreement on the last day covered by that statement. If you have elected not to receive copies of check images with your statements, copies of check images will be provided to you within a reasonable time of your written request that sufficiently identifies the check images requested. You agree to pay the applicable service charge for retrieval and copying of the requested check images.

17. **Change of Address.** Any communication we send you at the most recent address we have for you in our records will be binding on you for all purposes. You agree to promptly notify us of any change in address in person at one of our branches, by telephone if we permit you to do so, or in writing.

18. **Joint Accounts.** Each joint owner of an account may withdraw by any means the Bank makes available, any portion or all of the funds in the account, close the account, enter into special agreements regarding the account, stop payment on any check or other item drawn on the account, and otherwise

16

exercise any and all rights regarding the account. Each joint owner guarantees the signatures of the other joint owners and authorizes the other joint owners to endorse checks or other items for deposit if they are payable to any or all of the joint owners, unless endorsement is required otherwise pursuant to state or federal law. Each joint owner intends and agrees that for purposes of any tax levy, attachment, garnishment and any other purpose relating to the rights of third parties, each joint owner owns an undivided interest in the entire joint account. This means, for example, that the Bank may pay all of the money in the joint account in response to a garnishment, even though only one of the joint owners is subject to garnishment. These rules apply without regard to the amount of money that each joint owner contributed to the joint account. Similarly, the Bank can enforce overdraft liability in the joint account against any joint owner individually (and each joint owner agrees to be liable for all overdraft liability in the joint account), even if the joint owner did not sign the check or other item creating the overdraft or receive any benefits from its proceeds. Garnishments, attachment and levies against any or all joint owners are subject to the Bank's right of setoff and security interest. Notice provided by the Bank to any one joint owner is notice to all joint owners.

19. **Setoff and Security Interest.** If you ever owe the Bank money as a borrower, guarantor, due to overdrawing one or more of your accounts, or otherwise, and the money becomes due (whether at its stated maturity, by our acceleration of the debt or otherwise), the Bank has the right under the law (called "setoff") and under this Agreement (by which you grant the Bank a security interest in your deposit account) to use the money from your account, including directly-deposited or otherwise deposited social security/SSI funds, to pay the debt. The Bank may use the money to pay the debt even if withdrawal results in an interest penalty or dishonor of checks. In the case of a joint account, each joint owner agrees that the Bank may use the money in the joint account to satisfy any one of his or her individual obligations. Similarly, each joint owner agrees that the Bank may use the money in their individual account to satisfy obligations in the joint account. The security interest granted by this Agreement is consensual and is in addition to the Bank's right of setoff. However, the right of setoff and security interest may not apply to your account if: (a) it is an IRA or a tax-deferred Keogh Retirement Account; (b) the debt is created by a consumer credit transaction under a credit card plan; or (c) the debtor's right of withdrawal arises only in a representative capacity. You and each joint owner agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

20. **Legal Process Against Account.** If legal action such as a tax levy, attachment, garnishment, etc. is brought against your account, the Bank may impose a service fee against your account and may refuse to pay out any money from your account until the dispute is resolved. If your account is attached, garnished or otherwise subject to levy by legal

17




action, the Bank will not be liable to you for any sums it might be required to pay because of such attachment, garnishment, or other levy, even if paying the money from your account leaves insufficient funds to pay a check you have written. If the Bank incurs any expenses, including without limitation, attorneys' fees and the costs of litigation, arbitration or other dispute resolution in responding to or in any way related to an attachment, garnishment or other levy which are not otherwise reimbursed, it may charge such expenses (to the extent permitted by law) against your account without prior notice to you. Any garnishment or other levy against your account is subject to the Bank's right of setoff and security interest.

21. **Other Adverse Claims.** If the Bank receives notice of an actual or potential adverse claim to your account or the funds in your account, it may in its discretion refuse to pay out any money from your account for a reasonable period of time after receipt of notice of the actual or potential claim. Although the Bank reserves the right to refuse to pay out any money from your account if it has received notice of an actual or potential claim, the Bank is not required to recognize any adverse claim unless the person making the claim satisfies certain requirements. Contact the Bank for information on the requirements that apply to your account.

22. **Death or incompetence.** Neither a customer's death nor a legal adjudication of incompetence revokes the Bank's authority to accept, pay or collect items until the Bank knows of the fact of death or of an adjudication of incompetence and has a reasonable opportunity to act on it. Even with knowledge the Bank may, for 10 days after the date of death, pay checks drawn on or before the date of death, unless ordered to stop payment by a person claiming an interest in the account.

23. **Dormant Accounts and Escheat Laws.** The Bank will deem your account to be dormant if you do not make any deposits to or withdrawals from the account and the Bank has not otherwise had any contact with you for a specified period of time. Contact the Bank for information on the dormancy period for your account. A dormant account remains subject to service charges and may be assessed a nonrefundable dormancy fee. Funds in dormant accounts may also be turned over to the state where the Bank is located as abandoned property under certain circumstances. In the event you die without leaving a will and have no surviving heirs or other legal representatives, all funds on deposit in your accounts with the Bank may be turned over to the State where the deposit is located pursuant to applicable law, if the funds are not otherwise legally claimed.

24. **Transfer of Ownership.** Although checks drawn on your account are negotiable, the account itself is not. Accounts are not transferable except on the Bank's books and records. In order to transfer title or pledge the account as collateral for a loan from someone other than the Bank, a written request





must be provided on a form approved by the Bank. If ownership is to be transferred, the Bank may require that the account be closed and a new account opened. Any pledge of the account to a third party remains subject to the Bank's right of setoff and security interest.

**25. Service Fees.** You agree to pay any service fees that apply to your account. Service fees may include but are not limited to charges for check printing, check writing, stop payment orders, notices of post-dated items, cashier's checks, insufficient funds checks and overdrafts or other negative balances in your account that are not covered by overdraft protection. Any service fees may be deducted from your account without prior notice to you. The Bank will not be liable for dishonoring checks or other withdrawal orders because of insufficient funds resulting from proper deduction of fees. The Bank's service fees are listed on one or more separate documents applicable to your Account or Accounts available at our banking offices upon request. Service fees may be changed at any time and from time to time at the Bank's discretion in accordance with the provisions of this Agreement.

**26. Cashing Checks for Non-Account holders.** From time to time, a person who does not have an account at the Bank may attempt to cash a check or other item drawn on the Bank. Cashing a check for a non-account holder involves certain risks for the Bank that are not present if the check is deposited at another financial institution and presented to the Bank through normal check collection channels. As a result, you agree that the Bank may charge a non-account holder to cash a check or other item (including a payroll check) that is drawn on the Bank the fees listed on one or more separate documents applicable to your Account or Accounts given to you when you opened your Account and available upon request from any Sunflower Bank location. These fees may be imposed without prior notice to you and may be applied to checks that are drawn on your account or that are issued by the Bank. You also agree that the Bank may impose various security and other requirements on a non-account holder seeking to cash a check or other item drawn on the Bank. These requirements may include, but are not limited to submitting proof of identification and providing thumbprints or other biometric identifiers.

**27. Reclassification of Accounts.** From time to time the Bank may reclassify a portion of the balance in your checking account for purposes of Federal Reserve Regulation D. This reclassification will not affect the availability of the funds, the fee structure, or the interest rate (if applicable) of your checking account. The Bank will reclassify your checking account only if it generally reclassifies other accounts of the same category. Each checking account may consist of two sub-accounts, a

19

checking account (the "checking sub-account") and a savings account (the "savings sub-account"). Your periodic statements will reflect the account as a single account and will not reflect the sub-accounts in any way. Moreover, the Bank will treat these accounts as a single account for purposes of certain record-keeping, fees, minimum balances and the payment of items presented against your checking account. If your checking account earns interest, both sub-accounts will continue to earn interest at the same rate that would have been earned on your checking account. If your checking account does not earn interest, neither sub-account will earn interest. The savings sub-account may only be accessed through transactions in your checking account. Although the Bank has no intention of exercising this right, federal regulations provide that the Bank must reserve the right to require at least seven days' written notice prior to withdrawal or transfer of any funds in the savings sub-account. At various times during each statement cycle, should your checking sub-account balance exceed a threshold amount, the Bank may transfer all funds in the checking sub-account in excess of that amount into the savings sub-account as funds in the savings sub-account are needed to pay items presented against your checking sub-account. Transfers into the checking sub-account may be made up to five times per statement cycle. If a sixth transfer is needed in any statement cycle, the entire balance of the savings sub-account will be transferred into the checking sub-account. This process may be repeated in each statement cycle. The threshold balance for transfers is set by the Bank and may be changed at any time.

28. **Disputes Involving the Account.** You agree to be liable to the Bank for any loss, costs or expenses, including attorneys' fees and the costs of litigation, arbitration or other dispute resolution to the extent permitted by law, that the Bank incurs as a result of any dispute involving your account, and you authorize the Bank to deduct any such loss, costs, or expenses from your account without prior notice to you. This obligation includes disputes between you and the Bank involving the account and situations where the Bank becomes involved in disputes between you and an authorized signer, another joint owner, or a third party claiming an interest in the account. It also includes situations where you, an authorized signer, another joint owner, or a third party takes action with respect to the account that causes the Bank, in good faith, to seek the advice of counsel, whether or not the Bank actually becomes involved in a dispute.

29. **Gathering and Disclosure of Information.** In opening or evaluating your account, the Bank may make any inquiries it considers appropriate. This may include obtaining a credit report. You also agree that the Bank may report information about your account to any credit reporting agency, to anyone to whom you have given the Bank as a reference, or to any other person or agency, which, in the Bank's judgment, has a legitimate purpose for obtaining the information. You also recognize that the Bank may be obligated to disclose information

20



about your account to governmental agencies and other third parties in accordance with various statutes, rules, regulations, court orders, subpoenas and other legal requirements.

## PART IV — SPECIAL RULES FOR INTEREST-BEARING ACCOUNTS

Interest-bearing accounts are subject to the general rules governing deposit accounts set forth in Part III of this Agreement. These accounts are also subject to certain additional special rules set forth in this Part IV.

1. **Interest Rates.** The rate of interest paid on all interest-bearing accounts (other than time deposits) is subject to change from time to time at the Bank's discretion. Information concerning the computation and rate of interest paid on each type of interest-bearing account offered by the Bank and changes in those rates of interest may be obtained by contacting the Bank. The current rate of interest being paid on each type of account is available at the Bank's offices. Any change in interest rates becomes effective on the day the new rates are established at the Bank.

2. **Interest Accrual and Crediting.** Interest begins to accrue no later than the business day when the Bank receives credit for the deposit as determined by the availability schedules issued from time to time by the Federal Reserve Bank of the Federal Reserve District in which the main office of the Bank is located. Accrued interest will be credited to your account and become available for withdrawal on the interest payment date specified in the Bank's account disclosure for your type of account. If your account is closed prior to an interest payment date, all interest that has accrued since the last interest payment date may be forfeited.

3. **Prior Notice of Withdrawal.** The Bank reserves the right to require you to give 7 days prior written notice of any intended withdrawal from an interest-bearing account other than a time deposit.

4. **Limits on Telephone and Preauthorized Transfers.** Pursuant to applicable federal regulations, there are limits on the number of preauthorized transfers the Bank may process on certain interest-bearing accounts. No more than 6 preauthorized, automatic, or telephonic transfers may be made from your savings account or money market deposit account to another of your accounts at the Bank or to a third party in any calendar month or statement cycle of at least 4 weeks. If you exceed or attempt to exceed this transfer limit, the excess transfer requests may be refused or reversed, a fee may be imposed on the excess transfers request, and the Bank may reclassify your account as a transaction account or close your account.

## PART V. – INFORMATION ABOUT ELECTRONIC FUND TRANSFERS (Consumer Accounts Only)

Sunflower Bank N.A. accepts electronic fund transfers of all types. These transfers may include, but are not limited to:

21



**Debit Cards.** When opening an account with Sunflower Bank, N.A., you may be provided with a Debit Card that may be used at point-of-sale terminals, ATMs, and cash dispensing machines. The card will be invalid until you validate that card by using it at an ATM terminal. If you do not want to validate that card, you should dispose of it by cutting the card in half lengthwise.

**Electronic Fund Transfers Initiated by Third Parties.** Third party transfers can occur when authorization has been given to a third party to debit or credit your account electronically. This type of transaction may be a one-time occurrence or may recur as directed by you. Your authorization can occur in many ways. In some cases, your authorization can occur when the merchant posts a sign informing you of their policy. But in all cases, the transaction will require you to provide the third party with your account information. This information may be given over the telephone, via the Internet, or by providing a check or deposit slip. Therefore, you should only provide your bank account information (whether by phone, Internet or some other method) to trusted third parties whom you have authorized electronic fund transfers.

**Electronic Check Conversion.** Electronic Check Conversions may occur when you provide your check to a merchant or service provider for payment and they scan the check for the encoded bank and account information. The merchant or service provider will then process the transaction electronically. This may occur at a point of purchase, or when you provide a check by mail or drop box. Checks that have been returned for insufficient funds ("NSF") may also be re-presented electronically (an NSF fee may also be accessed electronically). Authorization for this type of transaction is given by disclosure. The merchant or service provider may disclose their check policy prior to accepting your check by means of a register decal or statement enclosure.

**Definitions.** In Part V of the Deposit Agreement, the following terms have defined meanings:
- ✔ "You" and "Your" mean the person or persons to whom an Access Device is issued.
- ✔ "We", "Us", and "Our" mean the financial institution issuing your Access Device.
- ✔ "Electronic fund transfer" and "EFT" mean any transfer of funds, other than one originated by check, draft, or similar paper instrument, that is initiated through a Terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing us to debit or credit your Account. The terms include, but are not limited to, point-of-sale transfers, ATM transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The terms do not include payments made by check, draft or similar paper instrument at a Terminal.
- ✔ "Terminal" means an electronic device, other than a telephone operated by you, through which you may initiate an EFT. The term includes, but is not limited to, point-of-sale terminals, ATMs, and cash dispensing machines.

22

- ✔ "ATM" means automated teller machine.
- ✔ "Access Device" means a card (such as a ATM Card, Visa Check Card, or any other plastic card), code, or other means of access to your account, or any combination thereof, that may be used by you for the purpose of initiating electronic fund transfers.
- ✔ "Account" means any deposit account with us to which you can gain access by means of your Card/Code.
- ✔ "Business Day' means Monday through Friday. Holidays are not included.

## Card Usage

You may use your Card/PIN to:
- (a) Withdraw cash from your Account.
- (b) Make deposits to your Account at designated Sunflower Bank ATM terminals.
- (c) Transfer funds between your Accounts.
- (d) Inquire as to the balance in your Account.
- (e) Pay for purchases at places that have agreed to accept the card.

There are no limitations on the frequency of EFTs with the Cards. Your total cash withdrawals at Sunflower Bank ATM Terminals when using your PIN may not exceed $300 per calendar day (from 2:00 A.M. to 2:00 A.M. CT/1:00 A.M. to 1:00 A.M. MT.) There is a $2,500 calendar day daily limit on debit card transactions when signing rather than using your PIN. (Debit card calendar-day daily limits may be affected by pre-authorizations.)

Deposits to Sunflower Bank accounts may be made at designated Sunflower Bank ATM Terminals. Not all Sunflower Bank ATM Terminals have been designated to accept deposits. When a deposit is made at an ATM, Sunflower Bank will give immediate credit for the first $200 of the deposit. We will credit the customer's account for the rest of the deposit in accordance with the following schedule: If the deposit is made at a Sunflower Bank ATM Terminal on a business day by 2:00 P.M., the rest of the deposit (after the first $200) will be credited by 8:00 A.M. the next business day. If a deposit is made on a business day after 2:00 P.M. or on a Saturday, Sunday or a holiday, the rest of the deposit (after the first $200) will be credited by 8:00 A.M. the business day after the first business day after the deposit. For example, a deposit made on Friday after 2:00 P.M. or on Saturday or Sunday will be completely available by 8:00 A.M. on Tuesday (but if Monday is a holiday, the deposit will not be completely available until 8:00 A.M. on Wednesday).

The foregoing limitations and policies on the frequency and dollar amount of EFTs and on the crediting of deposits apply for EFTs carried out at Sunflower Bank Terminals. When you carry out an EFT at a terminal that is part of another system, that system's limitations and policies (which may be different) may apply.

## Service Charges

Service charges include charges for EFTs. All our service charges, including service charges for EFTs, are listed on one or more separate documents applicable to your Account or Accounts. A fee may be imposed for an EFT or balance inquiry at an ATM not

23

owned by Sunflower Bank, by an ATM operator, or by a national, regional, or local network used to complete this transfer. You are given these documents when you open your Account, and they are available upon request from any Sunflower Bank location.

### Documentation

You will receive the following documentation on EFTs:

  (a) We will make a receipt available to you at the time you use your Card at a Sunflower Bank ATM Terminal.
  (b) If you have arranged to have direct deposits made to your Account at least once every 60 days from the same person or company, you can call us at (785) 826-2275 in the Salina area, or 1-(888) 827-5564 outside of the Salina area, to find out whether or not the deposit has been made.
  (c) You will get a monthly account statement unless there are no EFT transactions in a particular month. In any case, you will get the statement at least quarterly.

### Stop Payments

If you have made arrangements with any person or company to withdraw payments from your Account electronically, you can stop any of these payments. Here's how:

  ✔ During business hours you may call us at (785) 826-2295 in the Salina area, or 1-(888) 827-5564 outside of Salina area. You can write us at: **Sunflower Bank, N.A., Customer Service, P.O. Box 800, Salina, Kansas 67402-0800** in time for us to receive your request three (3) business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call.

  ✔ If you order us to stop one of these pre-authorized electronic payments three (3) business days or more before it is scheduled, and we do not do so, we will be liable for your losses or damages.

  ✔ Due to the nature of debit card transactions, there is no opportunity to place a stop payment on them.

### Notice of Varying Amounts

If these regular payments may vary in amount, the person you are going to pay should tell you in writing ten days before each payment, when it will be made and how much it will be. You may choose instead to get this written notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

### Liability Limitations

If we do not complete an EFT to or from your Account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

  (a) If, through no fault of ours, you do not have enough money in your Account to make the EFT.

24



    (b) If your funds are subject to legal process or other encumbrances restricting transfer.

    (c) If the Terminal where you are making the EFT does not have enough cash.

    (d) If the Terminal was not working properly and you knew about the breakdown when you started the EFT.

    (e) If circumstances beyond our control (such as fire or flood) prevent the EFT from occurring, despite reasonable precautions that we have taken.

    (f) If the EFT would exceed the limit of the line of credit (if any) associated with your Account.

    (g) There may be other exceptions stated in our agreement with you.

### Disclosure to Third Parties

We will disclose information to third parties about your account or the EFTs you make:

    (a) where it is necessary to complete EFTs or

    (b) in order to verify the existence and condition of your Account for a third party, such as credit bureau or merchant, or

    (c) in order to comply with government agencies or court orders, or

    (d) if you give us your written permission.

### Lost or Stolen Cards

**DO NOT** write your Personal Identification Number (PIN) on anything or keep it in any form with your card.

Tell us **AT ONCE** if you believe your Card has been lost or stolen or if you believe that an electronic fund transfer has been made without your permission using information from your check. Also, if your statement shows transfers that you did not make, tell us at once.

Telephoning is the best way of keeping your possible losses down.

During business hours you may call us at (785) 826-2295 in the Salina area, or 1-(888) 827-5564 outside of the Salina area. Outside business hours you may call 1-(800) 554-8969, 24 hours, 7 days a week (toll free) from anywhere in the United States. Our business days are Monday through Friday; holidays are not included.

You can write us at: **Sunflower Bank, N.A., Customer Service, P.O. Box 800, Salina, Kansas 67402-0800.**

Colorado Residents:

If the unauthorized use of your lost or stolen card and/or PIN occurs through no fault of yours, no liability will be imposed on you. Otherwise, you will be liable for the lesser of (1) $50.00 or (2) the amount of money, property, or services obtained by unauthorized use of the card and/or PIN before you gave us notice.

Kansas Residents:

If you believe your card and/or PIN has been lost or stolen, or you

25



believe that an electronic fund transfer has been made without your permission using information from you check, and you tell us within four (4) business days after you learn of the loss or theft, you can lose no more than $50.00 if someone used your card and/or PIN without your permission. If you do NOT tell us within four (4) business days after your learn of the loss or theft of your card and/or PIN, and we can prove we could have stopped someone from using your card and/or PIN without your permission if you had told us, you could lose as much as $300.00.

Missouri Residents:
If you believe your card and/or PIN has been lost or stolen, or you believe than an electronic fund transfer has been made without your permission using information from your check, and you tell us within two (2) business days after you learn of the loss or the theft, you can lose no more than $50.00 if someone used your card and/or PIN without your permission. If you do NOT tell us within two (2) business days after you learn of the loss or theft of your card and/or PIN, and we can prove someone could have stopped someone from using your card or and/or PIN without your permission if you had told us, you could lose as much as $500.00.

Kansas, Colorado, and Missouri Residents:
If your statement shows transfers that you did not make, including those made by card and/or PIN or other means, tell us at once If you do not tell us within 60 days after the statement was sent to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or hospital stay) kept you from telling us, we may extend the deadline.

Unless you have been grossly negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Visa Debit card. This additional limit on liability does not apply to ATM transactions, to transactions using your Personal Identification Number which are not processed by Visa, or to commercial cards. A Visa card may not be used for any illegal transaction.

Also, if your statement shows transfers that you did not make, tell us at once. If you do not tell us within 60 days after the statement was sent to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or hospital stay) kept you from telling us, we may extend the deadline.

**For Your Safety**
(a) When you make an ATM transaction, be mindful of your surroundings. Look out for suspicious activity near the ATM facility. At night, be sure the ATM site (including the parking area and walkways) is well lighted. It may be safer to bring someone with you when you make a transaction. If you observe any problem, go to another ATM facility.
(b) Don't accept assistance from anyone you don't know

26



when using an ATM.
(c) If you notice anything suspicious or any other problem arises after you have begun an ATM transaction, cancel the transaction, pocket your card and leave.
(d) Wait until you are at home or in other secure surroundings to count your cash.
(e) At a drive-up ATM, make sure all the car doors are locked and all of the windows are rolled up, except the driver's window. Keep the engine running and remain alert to your surroundings.
(f) We want the ATM to be safe and convenient for you. Therefore, please tell us if you know of any problem with an ATM facility. For instance, let us know if a light is not working or there is any damage to a facility. Report any suspicious activity to us and to the police.

## Your Responsibilities and Our Rights

The use of an Access Device presents opportunities for fraudulent transactions and for loss both to you and to us. An EFT withdrawal is different from a withdrawal made by means of a paper check. We have the opportunity to examine the paper check and to refuse payment if it is irregular. An EFT withdrawal, on the other hand, occurs without any exercise of discretion on our part; if funds are available in your Account, our computer debits the Account automatically and instantaneously. Also, it is in your best interest and ours that we know your current mailing address so that you can promptly receive your statements and examine them to detect improper EFTS.

You must use caution to protect both your Card and your Personal Identification Number (PIN) from unauthorized use, which might result in loss to you or to us. Therefore, we reserve the right to permanently or temporarily revoke your right to use the Card, and to close your Account by sending you a check for the balance, if the card has been stolen or fraudulent transactions posted; or we have evidence proving your failure to safeguard your card or your PIN; or you overdraw your account using the Card; or you fail to notify us of a change of address, or disputes are repetitive or appear to be fraudulent.

## In Case of Errors or Questions About Your Electronic Transfers

During business hours you may call us at (785) 826-2295 in the Salina area, or 1-(888) 827-5564 outside of the Salina area.

You can write us at: **Sunflower Bank, N.A., Customer Service, P.O. Box 800, Salina**, **Kansas 67402-0800**, as soon as you can, if you think your statement or receipt is wrong or if you need more information about the EFTs on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(a) Tell us your name and Account number.
(b) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(c) Tell us the dollar amount of the suspected error.

27



If you tell us orally, we will require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, consumer accounts will receive provisional credit within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not provisionally re-credit your consumer account. Business accounts will not receive provisional credit. Settlement of business accounts will be determined by the outcome of the investigation.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your consumer account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. If we have previously given you provisional credit and determine through our investigation that there was no error, we will remove the provisional credit. You may ask for copies of the documents that we used in our investigation.

### ACH Transactions

- ✔ Provisional Payment: Credit given by us to you with respect to an automated clearing house credit entry is provisional until we receive final settlement for such entry through a Federal Reserve Bank. If we do not receive such final settlement, you are hereby notified and agree that we are entitled to a refund of the amount credited to you in connection with such entry, and the party making payment to you via such entry (i.e., the originator of the entry) shall not be deemed to have paid you in the amount of such entry.

- ✔ Notice of Receipt of Entry: Under the operating rules of the National Automated Clearing House Association, which are applicable to ACH transactions involving your account, we are not required to give next day notice to you of receipt of an ACH item and we will not do so. However, we will continue to notify you of the receipt of payments in the periodic statements we provide you.

- ✔ Choice of Law: We may accept on your behalf payments to your account which have been transmitted through one or more Automated Clearing Houses ("ACH") and which are not subject to the Electronic Fund Transfer Act and your rights and obligations with respect to such payments shall be construed in accordance with and governed by laws of the state of Kansas, unless it has been otherwise specified in a separate agreement that the law of some other state shall govern.

28



### Electronic "Wholesale Credit" Transactions
### (Subject to Uniform Commercial Code Article 4A)

#### Wire Transfers

- ✔ Processing hours: 8:00 AM - 3:00 PM CT, Monday–Friday excluding Bank holidays. Incoming wire transfers will be posted until 5:00 PM CT. Incoming wire transfers after 5:00 PM CT will be part of the next banking days posting. Outgoing wire requests received after 3:00 PM CT will be processed by 9:30 AM the following banking day.
- ✔ Notification policy: Incoming wire transfers in the amount of \$3,000.00 and over will be on-line posted and the recipient will be notified by phone or mail. Incoming wire transfers under \$3,000.00 will be on-line posted but no notification will be given.
- ✔ Choice of Law: We may accept on your behalf payments to your account which have been transmitted by Wire Transfer and which are not subject to the Electronic Fund Transfer Act. Your rights and obligations with respect to such payments shall be construed in accordance with and governed by laws of the state of Kansas, unless it has been otherwise specified in a separate agreement that the law of some other state shall govern.

## PART VI. — YOUR ABILITY TO WITHDRAW
## FUNDS AT SUNFLOWER BANK, N.A.
### PERSONAL AND BUSINESS TRANSACTION ACCOUNTS

Our Policy is to make funds from your deposits available to you according to the following schedules *(all times Central unless otherwise noted)*:

**Deposits made at a banking facility** *(in person or via a \*night depository)* or **received via US Postal Mail**

Our Policy is to make funds from your deposits available to you up to \$500 on the same day we receive your deposits. At that time, you can withdraw those funds in cash or we will use those funds to pay checks and other items presented against your account. Funds over \$500 will be available to you on the first business day after the business day we receive your deposits.

\* **Deposits made at our night depositories** before 7:00 a.m. local time on a business day that we are open will be considered received the same business day. Funds from deposits into our night depositories made after 7:00 a.m. local time may be considered received the next business day we are open.

**Deposits made by Automated Clearing House (ACH) or Wire Transfers** will be available to you on the same business day we receive your deposit.

**Deposits made at our Automated Teller Machines (ATM's)** The first \$200 will be available on the same business day we receive your deposits. At that time, you can withdraw those funds in cash or we will use those funds to pay checks and other items presented against your account. Funds over \$200 will be available to you on the first business day after the business day we receive your deposits.

29



### Deposits made utilizing the Mobile Deposit Service

Funds will be available to you on the first business day after the business day we receive your deposits.

**Deposits made utilizing the Commercial Lockbox Service or the Commercial Remote Deposit Capture Service** will be available according to the funds availability schedule provided within the separate service agreement

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and Federal holidays.

Sunflower Bank, N.A. facilities *(including ATM's and our Mobile Deposit Service)* where deposits are taken have various actual cutoff times, but the earliest cutoff time is 2:00 p.m.  Therefore, if you make a deposit at any Sunflower Bank facility before 2:00 p.m. on a business day that we are open, we will consider that day to be the day of your deposit.   However, if you make a deposit after 2:00 p.m. or on a day we are not open, we may consider that the deposit was made on the next business day we are open.

### Longer Delays May Apply

In some cases, we will delay making deposits available to you. This delay may apply to both new and existing accounts. Funds may not be available until the second business day after the day of your deposit. However, the first $200 of your deposits will be available on the first business day.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the fifth business day after the day of your deposit.

### Special Rules For New Accounts

If you are a new customer, the following special rules will apply during the first 30 days your account is open:

Funds from electronic direct deposits to your account will be available on the business day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal,

30

state and local government checks will be available on the first business day after the business day of your deposit if the deposit meets certain conditions. For example, the check must be payable to you and you may have to use a special deposit slip. The excess over \$5,000 will be available on the ninth business day after the business day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first \$5,000 will not be available until the second business day after the day of your deposit.

Funds from all other check deposits will be available on the ninth business day after the business day of your deposit.

#### **Other**

This policy on your ability to withdraw funds does not:

- Amend or modify any charges we may make on your account for drawing against uncollected funds.
- Amend or modify any agreements or arrangements we may have with corporate accounts.

Please remember that even after we have made funds available to you and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

If you have any questions about our Funds Availability Policy, please ask us.

## **PART VII — UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT (UIGEA)**



In accordance with the requirements of the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG, you are hereby notified that transactions restricted under the Unlawful Internet Gambling Enforcement Act of 2006 are prohibited from being processed through your account or relationship with our institution. Restricted transactions are transactions in which a person accepts credit, funds, instruments or other proceeds from another person in connection with unlawful Internet gambling.

Consequently, as a condition of Sunflower Bank, N.A. allowing you to maintain an account, you are required to notify us if you engage in the internet gambling business, whether legal or illegal. We will then request that you provide evidence of your legal capacity to do so prior to determining whether or not we can permit you to continue to maintain that account.

## **PART VIII – POSITIVE PAY PROGRAM (BUSINESS ACCOUNTS ONLY)**

If the "positive pay" product is offered to you, you decline to accept that product, and you suffer a loss due to forgery or some other cause which could have been prevented through your acceptance and use of the "positive pay" product, Sunflower Bank, N.A. will not be held responsible for the loss incurred.



31