IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-01577-RM-STV

**SAMANTHA BESSER, on behalf of herself and all others similarly situated,**

      Plaintiff,

v.

**SUNFLOWER BANK, N.A.,**

      Defendant.

---

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPLICATION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD**

---

PLEASE TAKE NOTICE that pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, Plaintiff Samantha Besser, by and through counsel, will move the Court for final approval of class action settlement and application for attorneys' fees, costs and incentive award on September 24, 2025, at 1:30 p.m. Mountain Daylight Time, in Courtroom A273 of the above-entitled Court located at Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Based upon the accompanying (1) Memorandum of Law and (2) Declaration of Sophia Goren Gold filed in support of Plaintiff's Unopposed Motion, Plaintiff respectfully requests that the Court: (i) grant final approval to the Settlement; (ii) approve an award of $173,086.33 in attorneys' fees for Class Counsel; (iii) approve $2,563.75 in reimbursement of litigation costs and

expenses to Class Counsel; (iv) approve $49,650.83 in Settlement Administration Costs to the Settlement Administrator; and (v) approve an Incentive Award for Plaintiff of $7,500.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Incentive Award, and enter the proposed Final Approval Order submitted herewith.

Dated: August 8, 2025                             Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Sophia G. Gold
Sophia G. Gold
**KALIEL GOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
(202) 350-4783
sgold@kalielgold.com

David M. Berger
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
(510) 350-9700
dmb@classlawgroup.com

Mark H. Troutman
mht@classlawgroup.com
Shawn K. Judge
skj@classlawgroup.com
**GIBBS MURA LLP**
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
510-350-9700

*Attorneys for Plaintiff and the Settlement Class*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and served upon all counsel of record.

*/s/ Sophia G. Gold*
Sophia G. Gold