# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Emily Buchanan | Date: September 24, 2025 |
| Court Reporter:    Janet Coppock | |

**CIVIL CASE NO. 21-cv-01577-RM-STV**

| Parties | Counsel |
|---|---|
| SAMANTHA BESSER, on behalf of herself and all others similarly situated, | Mark Troutman |
| Plaintiff, | |
| v. | |
| SUNFLOWER BANK, N.A., | Andrew Demko |
| Defendant. | |

## COURTROOM MINUTES

**FINAL APPROVAL HEARING**

**Court in session:**    1:18 p.m.

Appearances of counsel.  Parties consent to the Court appearing by video teleconference.

Courtroom Deputy confirms that no objectors are present.

Discussion regarding the fairness, reasonableness, and adequacy of the proposed Settlement, and Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Award.

Parties have a revised final approval order for the Court's consideration.  Court will make the proposed revisions to the final approval order.

**ORDERED:** Plaintiff's Notice of Motion and Unopposed Motion for Final Approval of Class Action Settlement, Application for Attorneys' Fees, Costs and Incentive Award [Doc. 89] is GRANTED, with a reduction in the attorney fee allowance as set forth on the record.

**Court in recess:**         1:41 p.m.
Total in court time: 0:23
Hearing concluded.